UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YIYUE ZHANG,<br><br>Plaintiff,<br><br>-against-<br><br>GREENBERG TRAURIG, LLP; GREYSTONE SERVICING COMPANY, LLC; STEPHEN ROSENBERG; JENNIFER A. HERMANSKY; ALLISON W. BERMAN,<br><br>Defendants. | 26-CV-4570 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Petitioner filed this *pro se* action without payment of the filing fee or submission of an application for leave to proceed *in forma pauperis* ("IFP"). By order dated August 10, 2026, the Court directed Plaintiff to pay the fees or submit an IFP application within thirty days, or the complaint would be dismissed. (ECF 7.) When the Court did not receive either a completed IFP application or payment of the filing fee, the Court dismissed Plaintiff's complaint without prejudice. (ECF 9.) The Clerk of Court entered a civil judgment on October 9, 2026. (ECF 10.) On October 21, 2026, the court's Finance Department received from Plaintiff a wire payment in the amount of $405. Because the case is closed in this court, the Court directs the Finance Department to return the fee to Plaintiff.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: October 30, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge